1  GORDON SILVER
   GERALD M. GORDON, ESQ.
2  Nevada Bar No. 229
   E-mail: ggordon@gordonsilver.com
3  JOSEPH S. KISTLER, ESQ.
   Nevada Bar No. 3458
4  E-mail: jkistler@gordonsilver.com
   LEIGH C. DAVIS, ESQ.
5  Nevada Bar No. 8998
   E-mail: ldavis@gordonsilver.com
6  3960 Howard Hughes Pkwy., 9th Floor
   Las Vegas, Nevada 89109
7  Telephone (702) 796-5555
   Facsimile (702) 369-2666
8  Attorneys for Plaintiffs

E-Filed On  9/14/09

9            **UNITED STATES BANKRUPTCY COURT**

10                   **DISTRICT OF NEVADA**

| 11 | In re: | **Case No.: BK-N-09-50746-GWZ; Chapter 11** |
| 12 | ZANTE, INC. | **Jointly Administered with:** |

|  |  |  |
|---|---|---|
| ☐ Affects this Debtor. | 09-50747 | The Sands Regent |
| | 09-50748 | Plantation Investments, Inc. |
| ☒ Affects all Debtors. | 09-50749 | Last Chance, Inc. |
| ☐ Affects THE SANDS REGENT | 09-50751 | Dayton Gaming, Inc. |
| ☐ Affects PLANTATION INVESTMENTS, INC. | 09-50750 | California Prospectors, Ltd. |
| ☐ Affects LAST CHANCE, INC. | 09-50752 | Herbst Gaming, Inc. |
| ☐ Affects DAYTON GAMING, INC. | 09-50753 | Flamingo Paradise Gaming, LLC |
| ☐ Affects CALIFORNIA PROSPECTORS, LTD. | 09-50754 | E-T-T, Inc. |
| ☐ Affects HERBST GAMING, INC. | 09-50755 | Market Gaming, Inc. |
| ☐ Affects FLAMINGO PARADISE GAMING, LLC | 09-50756 | The Primadonna Company, LLC |
| ☐ Affects E-T-T, INC. | 09-50757 | HGI Lakeside, Inc. |
| ☐ Affects MARKET GAMING, INC. | 09-50758 | HGI St. Jo, Inc. |
| ☐ Affects THE PRIMADONNA COMPANY, LLC | 09-50759 | HGI Mark Twain, Inc. |
| ☐ Affects HGI LAKESIDE, INC. | 09-50760 | Cardivan Company |
| ☐ Affects HGI ST. JO, INC. | 09-50761 | Corral Coin, Inc. |
| ☐ Affects HGI MARK TWAIN, INC. | 09-50762 | Corral Country Coin, Inc. |
| ☐ Affects CARDIVAN COMPANY | 09-50763 | E-T-T Enterprises, LLC |
| ☐ Affects CORRAL COIN, INC. | | |
| ☐ Affects CORRAL COUNTRY COIN, INC. | | |
| ☐ Affects E-T-T ENTERPRISES, LLC | | |

**Adv. No. 09-5041**

HERBST GAMING, INC., a Nevada
corporation; HGI LAKESIDE, INC., a Nevada
corporation; HGI ST. JO, INC., a Nevada
corporation; and MARK TWAIN, INC., a
Nevada corporation,

**STANDARD DISCOVERY PLAN**

                    Plaintiffs,

v.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753102

INSURCORP, a Nevada corporation; THE
LOOMIS COMPANY, a Pennsylvania
corporation; LOOMIS BENEFITS, INC., a
Nevada corporation; AIG LIFE INSURANCE
COMPANY, a Delaware corporation; DOES I
through X; and ROE CORPORATIONS A
through Z,

                    Defendants.

1.      **Discovery Plan**

        **\_\_\_\_\_Request for waiver of requirement to prepare and file a formal discovery plan**.

        The parties certify that all discovery can be completed formally, without the need of court intervention and in conformance of the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, **or**

        **\_\_X\_\_ A discovery plan is needed or useful in this case**. Check one:

        _____The parties agree to the standard discovery plan and scheduling order.  The first defendant answered or otherwise appeared on _____.      Discovery shall be completed within _____ days, measured from the date the first defendant answered or otherwise appeared. Discovery will close by _____.

        \_\_\_\_X\_\_\_\_The parties jointly propose to the court the attached discovery plan and scheduling order. (Use Official Form 35 to the Federal Rules of Civil Procedure.)

        _____The parties cannot agree on a discovery plan and scheduling order.   The attached sets forth the parties' disagreements and reasons for each party's position. (Use Official Form 35 of the Federal Rules of Civil Procedure.)

**Complete parts 2 – 6.**

2.      **Nature of the Case**. Brief description of the nature of the case, i.e., dischargeability, denial of discharge, turn-over, contract, etc. This case involves (1) Turnover of Property To The Estate (11 U.S.C. § 542); (2) Professional Negligence/Negligence; (3) Breach of Contract; (4) Negligent Misrepresentation; (5) Breach of Fiduciary Duty; (6) Declaratory Relief; (7) Money Had And Received; (8) Fraud In The Execution; and (9) Reformation of Contract.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753102

2

3.    **Jury Trials**:  Check one:

     __X__ A demand for a jury trial has not been made.

     _____A demand for a jury trial has been made pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 7038, but one or more of the parties does not consent to a jury trial pursuant to 28 U.S.C. § 157(e).

     _____It is expressly understood by the undersigned parties they have demanded a jury trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 7038, and have consented to a jury trial pursuant to 28 U.S.C. § 157(e).

     An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before _____.

     An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on *voir dire* shall be submitted to the clerk for filing on or before _____ _____.

4.    **Additional Pleadings**. Are there any counterclaims, cross claims or amendments to the pleadings expected to be filed?

     _____ Yes
     __X__ No

5.    **Settlement Conference**.

     _____A settlement conference is requested.

     If checked, a settlement conference is requested no earlier than _____.

     __X__ Settlement cannot be evaluated prior to additional discovery.  The parties may later request a settlement conference.  However and as set forth in the attached Form 35, the parties have agreed to produce initial documents which may assist them in determining whether an early mediation is warranted.

6.    **Trial**.

     The case should be ready for trial by March 15, 2011 and should take 10 day(s).

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753102

3

7.    All parties (consent/do not consent) to this court entering final judgment.  (Circle One).

Dated: 9/14/09                          Dated: _____

GORDON SILVER                           DUANE MORRIS, LLP

By _____              By _____
GERALD M. GORDON, ESQ.                  DOMINICA C. ANDERSON, ESQ.
Nevada Bar No. 229                      Nevada Bar No. 2988
JOSEPH S. KISTLER, ESQ.                 RYAN A. LOOSVELT
Nevada Bar No. 3458                     Nevada Bar No. 8550
LEIGH C. DAVIS, ESQ.                    100 City Parkway, Suite 1560
Nevada Bar No. 8998                     Las Vegas, NV 89106
3960 Howard Hughes Pkwy., 9th Floor     Attorney for Defendant, AIG Life Insurance
Las Vegas, NV 89169                     Company
Attorneys for Plaintiff


Dated: _____                  Dated: _____

LIPSON NIELSON COLE                     CHRISTIAN,   KRAVITZ,   DICHTER   &
SELTZER & GARIN, P.C.                   JOHNSON, LLC

By _____              By _____
JOSEPH P. GARIN, ESQ.                   MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 6653                     Nevada Bar No. 83
SHANNON D. NORSTROM, ESQ.               GINA MUSCHMECHE-BURAS, ESQ.
Nevada Bar No. 8211                     Nevada Bar No. 10411
9580 W. Sahara Avenue, Suite 120        MICHAEL B. LEE, ESQ.
Las Vegas, NV 89117                     Nevada Bar No. 10122
Attorneys for Defendant, Insurcorp      8985 S. Eastern Avenue, Suite 200
                                        Las Vegas, NV 89123
                                        Attorney for Loomis Defendants

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753102                          4

**7.**    All parties (consent/~~do not consent~~) to this court entering final judgment.  (Circle One).

Dated: _____

     GORDON SILVER

By _____
     GERALD M. GORDON, ESQ.
     Nevada Bar No. 229
     JOSEPH S. KISTLER, ESQ.
     Nevada Bar No. 3458
     LEIGH C. DAVIS, ESQ.
     Nevada Bar No. 8998
     3960 Howard Hughes Pkwy., 9th Floor
     Las Vegas, NV 89169
     Attorneys for Plaintiff

Dated: __9|10|09_____

     DUANE MORRIS, LLP

By _Dominica C. Anderson____
     DOMINICA C. ANDERSON, ESQ.
     Nevada Bar No. 2988
     RYAN A. LOOSVELT
     Nevada Bar No. 8550
     100 City Parkway, Suite 1560
     Las Vegas, NV 89106
     Attorney for Defendant, AIG Life Insurance Company

Dated: _____

     LIPSON NIELSON COLE
     SELTZER & GARIN, P.C.

By _____
     JOSEPH P. GARIN, ESQ.
     Nevada Bar No. 6653
     SHANNON D. NORSTROM, ESQ.
     Nevada Bar No. 8211
     9580 W. Sahara Avenue, Suite 120
     Las Vegas, NV 89117
     Attorneys for Defendant, Insurcorp

Dated: _____

     CHRISTIAN, KRAVITZ, DICHTER & JOHNSON, LLC

By _____
     MARTIN J. KRAVITZ, ESQ.
     Nevada Bar No. 83
     GINA MUSCHMECHE-BURAS, ESQ.
     Nevada Bar No. 10411
     MICHAEL B. LEE, ESQ.
     Nevada Bar No. 10122
     8985 S. Eastern Avenue, Suite 200
     Las Vegas, NV 89123
     Attorney for Loomis Defendants

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753102.doc

4

**7.** All parties (consent/do not consent) to this court entering final judgment. (Circle One).

Dated: _____

    GORDON SILVER

By
    GERALD M. GORDON, ESQ.
    Nevada Bar No. 229
    JOSEPH S. KISTLER, ESQ.
    Nevada Bar No. 3458
    LEIGH C. DAVIS, ESQ.
    Nevada Bar No. 8998
    3960 Howard Hughes Pkwy., 9th Floor
    Las Vegas, NV 89169
    Attorneys for Plaintiff

Dated: _____

    DUANE MORRIS, LLP

By
    DOMINICA C. ANDERSON, ESQ.
    Nevada Bar No. 2988
    RYAN A. LOOSVELT
    Nevada Bar No. 8550
    100 City Parkway, Suite 1560
    Las Vegas, NV 89106
    Attorney for Defendant, AIG Life Insurance Company

Dated: _____

    LIPSON NIELSON COLE
    SELTZER & GARIN, P.C.

By
    JOSEPH P. GARIN, ESQ.
    Nevada Bar No. 6653
    SHANNON D. NORSTROM, ESQ.
    Nevada Bar No. 8211
    9580 W. Sahara Avenue, Suite 120
    Las Vegas, NV 89117
    Attorneys for Defendant, Insurcorp

Dated: _____

    CHRISTIAN, KRAVITZ, DICHTER & JOHNSON, LLC

By
    MARTIN J. KRAVITZ, ESQ.
    Nevada Bar No. 83
    GINA MUSCHMECHE-BURAS, ESQ.
    Nevada Bar No. 10411
    MICHAEL B. LEE, ESQ.
    Nevada Bar No. 10122
    8985 S. Eastern Avenue, Suite 200
    Las Vegas, NV 89123
    Attorney for Loomis Defendants

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753102

4

7.    All parties (consent/do not consent) to this court entering final judgment.  (Circle One).

Dated:                                                           Dated:

GORDON SILVER                                      DUANE MORRIS, LLP

By _____               By _____
    GERALD M. GORDON, ESQ.                      DOMINICA C. ANDERSON, ESQ.
    Nevada Bar No. 229                                   Nevada Bar No. 2988
    JOSEPH S. KISTLER, ESQ.                          RYAN A. LOOSVELT
    Nevada Bar No. 3458                                 Nevada Bar No. 8550
    LEIGH C. DAVIS, ESQ.                               100 City Parkway, Suite 1560
    Nevada Bar No. 8998                                 Las Vegas, NV 89106
    3960 Howard Hughes Pkwy., 9th Floor       Attorney for Defendant, AIG Life Insurance
    Las Vegas, NV 89169                               Company
    Attorneys for Plaintiff

Dated:                                                           Dated:  9/8/09

LIPSON NIELSON COLE                            CHRISTIAN,    KRAVITZ,    DICHTER    &
SELTZER & GARIN, P.C.                           JOHNSON, LLC

By _____               By _____
    JOSEPH P. GARIN, ESQ.                           MARTIN J. KRAVITZ, ESQ.
    Nevada Bar No. 6653                                 Nevada Bar No. 83
    SHANNON D. NORSTROM, ESQ.              GINA MUSCHMECHE-BURAS, ESQ.
    Nevada Bar No. 8211                                 Nevada Bar No. 10411
    9580 W. Sahara Avenue, Suite 120            MICHAEL B. LEE, ESQ.
    Las Vegas, NV 89117                               Nevada Bar No. 10122
    Attorneys for Defendant, Insurcorp            8985 S. Eastern Avenue, Suite 200
                                                                Las Vegas, NV 89123
                                                                Attorney for Loomis Defendants

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753102.doc

1  GORDON SILVER                                      E-Filed On  9/14/09
   GERALD M. GORDON, ESQ.
2  Nevada Bar No. 229
   E-mail: ggordon@gordonsilver.com
3  JOSEPH S. KISTLER, ESQ.
   Nevada Bar No. 3458
4  E-mail: jkistler@gordonsilver.com
   LEIGH C. DAVIS, ESQ.
5  Nevada Bar No. 8998
   E-mail: ldavis@gordonsilver.com
6  3960 Howard Hughes Pkwy., 9th Floor
   Las Vegas, Nevada 89169
7  Telephone (702) 796-5555
   Facsimile (702) 369-2666
8  Attorneys for Plaintiffs

9                    **UNITED STATES BANKRUPTCY COURT**

10                           **DISTRICT OF NEVADA**

11  In re:                                    Case No.: BK-N-09-50746-GWZ;  Chapter 11
                                              Jointly Administered with:
12  ZANTE, INC.

    ☐ Affects this Debtor.                    09-50747    The Sands Regent
13                                            09-50748    Plantation Investments, Inc.
    ☒ Affects all Debtors.                    09-50749    Last Chance, Inc.
14  ☐ Affects THE SANDS REGENT                09-50751    Dayton Gaming, Inc.
    ☐ Affects PLANTATION INVESTMENTS, INC.    09-50750    California Prospectors, Ltd.
15  ☐ Affects LAST CHANCE, INC.               09-50752    Herbst Gaming, Inc.
    ☐ Affects DAYTON GAMING, INC.             09-50753    Flamingo Paradise Gaming, LLC
16  ☐ Affects CALIFORNIA PROSPECTORS, LTD.    09-50754    E-T-T, Inc.
    ☐ Affects HERBST GAMING, INC.             09-50755    Market Gaming, Inc.
17  ☐ Affects FLAMINGO PARADISE GAMING, LLC   09-50756    The Primadonna Company, LLC
    ☐ Affects E-T-T, INC.                     09-50757    HGI Lakeside, Inc.
18  ☐ Affects MARKET GAMING, INC.             09-50758    HGI St. Jo, Inc.
    ☐ Affects THE PRIMADONNA COMPANY, LLC     09-50759    HGI Mark Twain, Inc.
19  ☐ Affects HGI LAKESIDE, INC.              09-50760    Cardivan Company
    ☐ Affects HGI ST. JO, INC.                09-50761    Corral Coin, Inc.
20  ☐ Affects HGI MARK TWAIN, INC.            09-50762    Corral Country Coin, Inc.
    ☐ Affects CARDIVAN COMPANY                09-50763    E-T-T Enterprises, LLC
21  ☐ Affects CORRAL COIN, INC.
22  ☐ Affects CORRAL COUNTRY COIN, INC.
    ☐ Affects E-T-T ENTERPRISES, LLC
23

24  HERBST GAMING, INC., a Nevada             Adv. No. 09-5041
    corporation; HGI LAKESIDE, INC., a Nevada
25  corporation; HGI ST. JO, INC., a Nevada   **REPORT OF PARTIES' PLANNING**
    corporation; and MARK TWAIN, INC., a      **MEETING**
26  Nevada corporation,

27                    Plaintiffs,

28  v.

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753127

INSURCORP, a Nevada corporation; THE
LOOMIS COMPANY, a Pennsylvania
corporation; LOOMIS BENEFITS, INC., a
Nevada corporation; AIG LIFE INSURANCE
COMPANY, a Delaware corporation; DOES I
through X; and ROE CORPORATIONS A
through Z,

Defendants.

### REPORT OF PARTIES' PLANNING MEETING

1.      Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 27, 2009 at 10:00 a.m. to arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1), to develop a proposed discovery plan and scheduling order, and to discuss the possibility and/or desirability of an early mediation in this case.  The meeting was attended by:

Leigh C. Davis, Esq. for Plaintiffs Herbst Gaming, Inc., HGI Lakeside, Inc., HGI St. Jo, Inc., and Mark Twain, Inc. (collectively, "Plaintiffs");

Joseph P. Garin, Esq. and John McMillan, Esq. for Defendant Insurcorp;

Gina M. Mushmeche-Buras, Esq. and Michael Lee, Esq. for Defendants The Loomis Company and Loomis Benefits, Inc.; and

Dominica C. Anderson, Esq., appearing telephonically, for Defendant AIG Life Insurance Company.

2.      **Pre-discovery Disclosures**.  The parties have exchanged or otherwise will exchange the information required by Fed. R. Civ. P. 26(a)(1), made applicable by Federal Rule of Bankruptcy Procedure 7026, not later than fourteen (14) days after the Fed. R. Civ. P. 26(f) meeting, or September 10, 2009.

3.      **Discovery Plan**.  The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:  the allegations supporting the claims set forth in the Plaintiffs' Complaint and the affirmative defenses raised by each Defendant's Answer to the Complaint.

However, the parties have agreed that certain minimal discovery be completed as soon as

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753127

2

1   possible in order to ascertain whether a mediation before a neutral party familiar with insurance

2   coverage issues would be productive. To this end, the parties have agreed to provide certain

3   initial documents within the next two-three weeks, and have began considering possible

4   mediators.

5          In the event that it is determined that a mediation would not be productive at this early

6   stage, or that any mediation is not successful, and full discovery is necessary, the parties agree

7   that:

8          All discovery will be completed by September 1, 2010.  An extended discovery deadline

9   is necessary, given the anticipated number of depositions to be taken, many if not most of which

10   involve out-of-state witnesses.

11          Each parties shall be allowed a maximum of forty (40) interrogatories to any other party,

12   with responses due 30 days after service.

13          Each party shall be allowed a maximum of forty (40) requests for admission to any other

14   party, except requests for admissions with respect to authentication of documents, with responses

15   due thirty (30) days after service.

16          Each party shall be allowed a maximum of fifteen (15) depositions by Plaintiffs and

17   twelve (12) depositions by each Defendant.  Each deposition will be limited to a maximum of

18   twelve (12) hours unless extended by agreement of the parties.

19          Reports from retained experts of either party under Fed. R. Bankr. P. 7026(a)(2) are due

20   ninety (90) days before the date of trial, and reports of rebuttal experts shall be due thirty (30)

21   days after receipt of the initial report(s).

22          Supplementation of information provided pursuant to Fed. R. Bankr. P. 7026(e) must be

23   made within twenty (20) days after discovery of the information.

24          4.      Other Items.

25          The parties request a conference with the court before entry of the scheduling order.  A

26   Scheduling Conference is currently set for September 23, 2009 at 9:00 a.m.

27          The parties request a pretrial conference in January 2011.

28   ...

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753127

3

1  ...

2       Plaintiffs and Defendants should be allowed until June 3, 2010 to join additional parties

3  and amend their pleadings.  Cross-claims may be filed as provided by law.

4       All potentially dispositive motions should be filed no later than sixty (60) days before

5  trial.

6       Settlement cannot be evaluated prior to the conduct of discovery.  The parties may

7  request a settlement conference at a later time.

8       Final lists of witnesses and exhibits under Fed. R. Bankr. P. 7026(a)(3) are due fourteen

9  (14) days prior to trial.

10      Parties shall have seven (7) days after service of the opposing party's final witness and

11  exhibit list served pursuant to Fed. R. Bankr. P. 7026(a)(3) to object pursuant to Fed. R. Bankr.

12  P. 7026(a)(3).

13      An original and two (2) copies of all instructions requested by either party, and any briefs

14  in support thereof, shall be submitted to the clerk for filing on or before fourteen (14) days before

15  trial.  An original and two (2) copies of objections to instructions requested, and any briefs in

16  support thereof, shall be submitted to the clerk for filing on or before seven (7) days before trial.

17      All other deadlines not set forth herein shall be governed by the Local Rules.

18      The case should be ready for trial by March of 2011 and at this time is expected to take

19  ten (10) days.

20      Dated this 14th day of September, 2009.

21  GORDON SILVER                              DUANE MORRIS, LLP

22  By _____            By _____
    GERALD M. GORDON, ESQ.                 DOMINICA C. ANDERSON, ESQ.
23  Nevada Bar No. 229                     Nevada Bar No. 2988
    JOSEPH S. KISTLER, ESQ.                RYAN A. LOOSVELT
24  Nevada Bar No. 3458                    Nevada Bar No. 8550
    LEIGH C. DAVIS, ESQ.                   100 City Parkway, Suite 1560
25  Nevada Bar No. 8998                    Las Vegas, NV 89106
    3960 Howard Hughes Pkwy., 9th Floor    Attorney for Defendant, AIG Life Insurance
26  Las Vegas, NV 89169                    Company
    Attorneys for Plaintiff

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753127

4

...

Plaintiffs and Defendants should be allowed until June 3, 2010 to join additional parties and amend their pleadings. Cross-claims may be filed as provided by law.

All potentially dispositive motions should be filed no later than sixty (60) days before trial.

Settlement cannot be evaluated prior to the conduct of discovery. The parties may request a settlement conference at a later time.

Final lists of witnesses and exhibits under Fed. R. Bankr. P. 7026(a)(3) are due fourteen (14) days prior to trial.

Parties shall have seven (7) days after service of the opposing party's final witness and exhibit list served pursuant to Fed. R. Bankr. P. 7026(a)(3) to object pursuant to Fed. R. Bankr. P. 7026(a)(3).

An original and two (2) copies of all instructions requested by either party, and any briefs in support thereof, shall be submitted to the clerk for filing on or before fourteen (14) days before trial. An original and two (2) copies of objections to instructions requested, and any briefs in support thereof, shall be submitted to the clerk for filing on or before seven (7) days before trial.

All other deadlines not set forth herein shall be governed by the Local Rules.

The case should be ready for trial by March of 2011 and at this time is expected to take ten (10) days.

Dated this 10 day of September, 2009.

GORDON SILVER                          DUANE MORRIS, LLP

By _____            By _Dominica C. Anderson_
GERALD M. GORDON, ESQ.                 DOMINICA C. ANDERSON, ESQ.
Nevada Bar No. 229                     Nevada Bar No. 2988
JOSEPH S. KISTLER, ESQ.                RYAN A. LOOSVELT
Nevada Bar No. 3458                    Nevada Bar No. 8550
LEIGH C. DAVIS, ESQ.                   100 City Parkway, Suite 1560
Nevada Bar No. 8998                    Las Vegas, NV 89106
3960 Howard Hughes Pkwy., 9th Floor    Attorney for Defendant, AIG Life Insurance
Las Vegas, NV 89169                    Company
Attorneys for Plaintiff

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753127.doc                                    4

LIPSON NIELSON COLE
SELTZER & GARIN, P.C.

By
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORSTROM, ESQ.
Nevada Bar No. 8211
9580 W. Sahara Avenue, Suite 120
Las Vegas, NV 89117
Attorneys for Defendant, Insurcorp

CHRISTIAN,    KRAVITZ,    DICHTER    &
JOHNSON, LLC

By
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
GINA MUSCHMECHE-BURAS, ESQ.
Nevada Bar No. 10411
MICHAEL B. LEE, ESQ.
Nevada Bar No. 10122
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Attorney for Loomis Defendants

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753127

5

LIPSON NIELSON COLE
SELTZER & GARIN, P.C.

By _____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORSTROM, ESQ.
Nevada Bar No. 8211
9580 W. Sahara Avenue, Suite 120
Las Vegas, NV 89117
Attorneys for Defendant, Insurcorp

CHRISTIAN,    KRAVITZ,    DICHTER    &
JOHNSON, LLC

By _____
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
GINA MUSCHMECHE-BURAS, ESQ.
Nevada Bar No. 10411
MICHAEL B. LEE, ESQ.
Nevada Bar No. 10122
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Attorney for Loomis Defendants

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101323-022/753127.doc